JAMES A. ALDERSON, ESQUIRE (SBN:241860)
ALDERSON LAW FIRM
14350 CIVIC DRIVE, SUITE 280
VICTORVILLE, CA 92392
(760) 245-1818 Telephone
(760) 245-3255 Facsimile
aldersonlaw@verizon.net

Attorney for Plaintiff, NAN MOORE

FILED
CLERK, U.S. DISTRICT COURT
Feb 23, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC   DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAN MOORE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF ADELANTO, an incorporated city of a governmental entity, RICHARD KERR, an individual and Mayor of the City of Adelanto, JERMAINE WRIGHT an individual and councilman for the City of Adelanto, JOHN WOODARD, JR., an individual and councilman for the City of Adelanto, and DOES 1 through 50, inclusively,<br><br>　　　　Defendants. | CASE NO.: 5:16-CV-02342-SVW<br><br>[PROPOSED] ORDER TO REMAND CASE TO STATE COURT<br><br>Hon. Stephen V. Wilson |

## ORDER

Pursuant to the stipulation by and between the parties of record to the above-entitled action and their respective counsel as set forth herein. The court has read and approves of the foregoing stipulation.

IT IS HEREBY ORDERED by the Court that the case is remanded to State Court.

Dated: February 23, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE